FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA      APR 28 PM 3: 53

CLERK U S DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

PETER LATTNER, JR.
As Personal Representative of the
Estate of PETER LATTNER, SR.,
    Plaintiff,

v.           CASE NO. 8:03cv793-T-17MSS

UNITED STATES OF AMERICA
    Defendant.
_____/

## COMPLAINT

COMES NOW the Plaintiff, PETER LATTNER, JR., as Personal Representative of the Estate of PETER LATTNER, SR., by and through his undersigned attorneys, sues the Defendant, UNITED STATES OF AMERICA, and alleges:

1. This is an action against the UNITED STATES OF AMERICA to recover money damages for death caused by the negligent acts or omissions of employees and/or agents acting within the scope of their employment for the United States of America at the James A. Haley Veteran's Hospital, Tampa, Florida under circumstances where the United States, if a private person, would be liable to the Plaintiff in accordance with the law of the state of Florida, brought pursuant to 28 U.S.C. §1346(b) and 2671, et seq.

2. Peter Lattner, Jr., is the duly appointed Personal Representative of the estate of Peter Lattner, Sr., deceased, as evidenced by the attached Exhibit A.

3. This cause of action arises out of acts or omissions occurring in Tampa, Florida.

4. On October 18, 2002, a claim for money damages was filed by the Plaintiff with the Department of Veteran's Affairs, Office of Regional Counsel, P. O. Box 5005, Bay Pines, Florida 33744.

5. On April 23, 2003, Plaintiff received a denial of the claim by Certified Mail from the Department of Veteran's Affairs, Office of Regional Counsel.

6. All conditions precedent to maintaining this action have been performed or have been waived by the Defendant, UNITED STATES OF AMERICA, pursuant to 28 U.S.C. § 2675(a).

7. On or about April 11, 2002, Peter Lattner, Sr., was admitted to the James A. Haley Veteran's Hospital for the purpose of undergoing a low anterior resection with diverting ileostomy performed to treat his diagnosis of colon cancer.

8. After being discharged from the James A. Haley Veteran's Hospital on April 17, 2002, Mr. Lattner developed peritonitis and intra-abdominal hemorrhage secondary to colonic resection of the distal sigmoid that ultimately caused his

death.

9. At all times material hereto, the Defendant, UNITED STATES OF AMERICA, through its agents or employees of the James A. Haley Veteran's Hospital, Tampa, Florida, had a duty to exercise the level of care, skill, and treatment which is recognized by reasonably prudent similar health care providers as being acceptable under similar conditions and circumstances.

10. The UNITED STATES OF AMERICA, through its agents or employees of the James A. Haley Veteran's Hospital, Tampa, Florida, was careless and negligent, and failed to use the level of care, skill and treatment which is recognized by reasonably prudent similar health care providers as being acceptable under similar conditions and circumstances by:

    a. trapping loops of bowel in the suture line while performing the colonic resection of the distal sigmoid;

    b. failing to properly follow up on the post surgical care and treatment of a patient who was experiencing symptoms of severe complications after undergoing a significant surgical procedure such as a colonic resection of the distal sigmoid.

11. As a direct and proximate cause of the carelessness and negligence of the agents and/or employees of the UNITED STATES OF AMERICA, PETER

LATTNER, SR., developed peritonitis and intra abdominal hemorrhage that ultimately resulted in his death.

12. At the time of his death, PETER LATTNER, SR., was married to Bernadine Lattner.

13. At all times material hereto, the known potential beneficiaries of a recovery under Florida's Wrongful Death Act for the wrongful death of the decedent, PETER LATTNER, SR., are the following individuals:

   a. The Estate of Peter Lattner, Sr., as represented by the Personal Representative, Peter Lattner, Jr.; and

   b. Bernadine Lattner, surviving spouse, residing in Ocoee, Orange County, Florida.

14. As a direct and proximate result of the negligence of agents and/or employees of the Defendant, UNITED STATES OF AMERICA, the estate of PETER LATTNER, SR., as represented by the Personal Representative, Peter Lattner, Jr., has suffered:

   a. medical expenses due to the decedent's injuries;

   b. funeral expenses due to the decedent's injuries and death;

   c. autopsy expenses due to the decedent's death;

4

  c. loss of earnings;

  e. loss of net accumulations to the estate;

  f. any other damages recoverable under the Florida Wrongful Death Act.

 15. As a direct and proximate result of the negligence of agents and/or employees of the James A. Haley Veteran's Hospital, the decedent's surviving spouse, Bernadine Lattner, has suffered:

  a. mental pain and suffering and loss of the decedent's companionship and protection in the past and continuing into the future;

  b. past and future loss of support and services from the decedent;

  c. medical and/or funeral expenses due to the decedent's injuries and death;

  d. autopsy expenses due to the decedent's death;

  e. any other damages recoverable under the Florida Wrongful Death Act.

 WHEREFORE, Plaintiff, PETER LATTNER, JR., as Personal Representative of the Estate of PETER LATTNER, SR., sues the Defendant, UNITED STATES OF AMERICA, and claims damages in the amount of Two Million Dollars ($2,000,000) together with costs.

DATED this 28th day of April, 2003.

*[signature]*
MAC A. GRECO, III
Florida Bar No. 0502596
MAC A. GRECO, JR., P.A.
600 Madison Street
Tampa, Florida 33602
(813) 223-7849
Attorneys for Plaintiff

IN THE CIRCUIT COURT FOR ORANGE COUNTY,
FLORIDA      PROBATE DIVISION

IN RE: ESTATE OF

PETER LEE LATTNER

File No. 02
48-2002-CP-2327-O

Division A

Deceased

_____/

## ORDER APPOINTING PERSONAL REPRESENTATIVE

On the petition of Peter Lattner, Jr., for administration of the estate of Peter Lee Lattner, deceased, the court finding that the decedent died on April 24, 2002, and that Peter Lattner, Jr., is entitled to appointment as personal representative by reason of his relationship to the decedent as son, it is

ADJUDGED that Peter Lattner, Jr., is appointed personal representative of the estate of the Decedent, and that upon taking the prescribed oath, filing designation of resident agent and acceptance, and entering into bond in the sum of _0_ /no bond will be required, letters of administration will be issued.

Ordered on September 17, 2002.

Rogers Turner
**Circuit Judge**

_____
Circuit Judge

cc: Pater Lattner, Jr.
    Wayne R. Malaney

EXHIBIT A